1  Rowena Santos, No. 210185
     rsantos@slpattorney.com
2  **Strategic Legal Practices**
   1840 Century Park East, Suite 430
3  Los Angeles, California 90067
   +1 310 929 4900
4  +1 310 943 3838 (fax)

5  Attorneys for Plaintiff
   Candace Reyes

6

7  Alexander G. Calfo, No. 152891
     ACalfo@kslaw.com
   Paul R. Johnson, No. 115817
8    PJohnson@kslaw.com
   King & Spalding LLP
9  633 West 5th Street, Suite 1700
   Los Angeles, California 90071
10 +1 213 443 4355
   +1 213 443 4310 (fax)

11

12 Attorneys for Defendant
   Ford Motor Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| Candace Reyes, | No. 2:17-CV-02151-JAM-AC |
|---|---|
| Plaintiff, | **Stipulation and Order Staying All Proceedings and Deadlines** |
| v. | |
| Ford Motor Company, et al., | |
| Defendants. | |

The parties hereby STIPULATE to the Court's entry of an order staying all proceedings and deadlines in this action pending determination by the Judicial Panel on Multidistrict Litigation of Ford Motor Company's motion for transfer and consolidation in *In re: Ford DPS6 PowerShift Transmission Litigation*, MDL No. 2814.

Respectfully,

December 11, 2017     STRATEGIC LEGAL PRACTICES APC

By: /s/ Rowena Santos (as authorized on 12/11/2017)
    ROWENA SANTOS
Attorneys for Plaintiff
CANDACE REYES

December 7, 2017     KING & SPALDING LLP

By: /s/ Paul R. Johnson
    PAUL R. JOHNSON
Attorneys for Defendant
FORD MOTOR COMPANY

## ORDER

Good cause appearing, all proceedings and deadlines in this action are STAYED pending determination by the Judicial Panel on Multidistrict Litigation of Ford Motor Company's motion for transfer and consolidation in *In re: Ford DPS6 PowerShift Transmission Litigation*, MDL No. 2814. All scheduled hearings in this action are VACATED.

IT IS SO ORDERED.

Dated: 12/12/17     /s/ John A. Mendez
    THE HONORABLE JOHN A. MENDEZ
    United States District Judge